1  TOWNSEND AND TOWNSEND AND CREW LLP
   LEIGH A. KIRMSSÉ (State Bar No. 161929)
2  GREGORY P. FARNHAM (State Bar No. 118184)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff DENOVA HOMES INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

| | |
|---|---|
| DENOVA HOMES INC. a California Corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and DOES 1 through 15, inclusive,<br><br>          Defendants.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON<br><br>          Cross-Claimant<br>    v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br><br>          Cross-Defendant. | Case Nos. C 05-2377 and<br>          C 05-4114 SBA<br>*(Consolidated cases)*<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND DENOVA HOMES INC.** |

Plaintiff DeNova Homes, Inc. ("DeNova") and defendant Certain Underwriters at Lloyd's, London ("Underwriters") have reached a settlement in this action.  Pursuant to the terms of the settlement agreement, DeNova and Underwriters, through their undersigned counsel, stipulate that

1  DeNova's complaint against Underwriters in this matter, Case No. C 05-4114 SBA, and
2  Underwriters' claims against DeNova in its First Amended Complaint and in any cross- or
3  counter-complaints, Case Nos. C 05-2377 and C 05-4114 SBA, shall be dismissed with prejudice,
4  with each of DeNova and Underwriters to bear its own costs and fees.

As DeNova's claims against The Insurance Company of the State of Pennsylvania have already been dismissed, there are no claims remaining in DeNova's complaint in Case No. C 05-4114 SBA, that complaint in its entirety is dismissed with prejudice.  Similarly, because all claims against DeNova are being dismissed in Case Nos. C 05-2377 and C 05-4114 SBA, DeNova is hereby dismissed as a party in both actions.

DATED: September 28, 2006       ADLER LAW GROUP

                                By:   /s/ Erwin E. Adler
                                      ERWIN E. ADLER
                                      Attorneys for Defendant
                                      CERTAIN UNDERWRITERS AT
                                      LLOYD'S, LONDON

DATED: September 29, 2006       TOWNSEND AND TOWNSEND & CREW LLP

                                By:   /s/ Gregory P. Farnham
                                      GREGORY P. FARNHAM, Esq.
                                      LEIGH A. KIRMSSE, Esq.
                                      Attorneys for Plaintiff
                                      DENOVA HOMES, INC.

         IT IS SO ORDERED.

DATED: 10/23/06                       _____
                                      UNITED STATES DISTRICT COURT
                                      JUDGE

18371                            - 2 -
STIPULATION OF DISMISSAL OF CLAIMS AGAINST CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND DENOVA HOMES
CASE NOS. C 05-4114 SBA AND C 05 2377