UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON,<br><br>  Plaintiff,<br><br>  v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>  Defendant.<br>_____/ | No. C 05-2377  SBA (WDB)<br><br>**ORDER FOLLOWING OCTOBER 27, 2006, DISCOVERY CONFERENCE** |

On October 27, 2006, the Court conducted a telephonic discovery conference, after being notified by Plaintiff earlier in the day that Plaintiff was having difficulty getting documents from DeNova Homes, Inc. ("DeNova") that were due to be produced by October 28, 2006. Having considered the positions of the parties, and for the reasons stated on the record, the Court ORDERS as follows:

   1. **By no later than Thursday, November 2, 2006,** DeNova must allow its documents to be copied by IKON and must produce to Plaintiff <u>and</u> Defendant, Insurance Company of the State of Pennsylvania ("ICSOP"), all documents previously requested by Plaintiff. Given this new deadline, the Court VACATES the previously set October 28, 2006, deadline for production of the DeNova documents and also VACATES the November 1, 2006, status conference.

   2. Following the production of the DeNova documents, and **by no later than Friday, November 17, 2006,** Plaintiff's counsel, Mr. Adler, and ICSOP's counsel, Mr. McCurdy, must have a conversation about the possibility of settling this action.

3.  Should the parties not be able to settle the action, **by no later than Monday, November 27, 2006**, Mr. Adler must file a letter addressed to the undersigned with a copy sent to all other parties providing information on the prospects of settling the action and whether the information produced by DeNova is sufficient to do so.  If the information is not sufficient, or if there is little hope of settling the case, Plaintiff's counsel must tell the Court how long it will need, after November 27, 2006, responsibly to answer ICSOP's interrogatories.  If it would like to, ICSOP may respond in writing within three court days of receiving Mr. Adler's letter, to express its own views of how the action should proceed.

4.  After sending this letter to the parties and the Court, Mr. Adler must contact the Court at 510-637-3324 to schedule a telephone conference for the Court to hear the parties' views on the contents of Mr. Adler's letter and to decide how best to proceed.

IT IS SO ORDERED.

Dated:   October 30, 2006

*/s/ Wayne D. Brazil*
_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies: parties, SBA, WDB, stats