UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON,<br><br>  Plaintiff,<br><br>   v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>  Defendant.<br>_____ / | No. C 05-2377  SBA (WDB)<br><br>**ORDER FOLLOWING RECEIPT OF NOVEMBER 27, 2006 LETTER FROM PLAINTIFF'S COUNSEL, MR. ERWIN ADLER** |

On November 27, 2006, and pursuant to this Court's prior Order of October 30, 2006, the Court received a letter from Mr. Erwin Adler, counsel for Plaintiff Certain Underwriters at Lloyds, London ("Certain Underwriters").  The Court now files this Order to address issues raised in Mr. Adler's letter regarding a settlement between Certain Underwriters and the Insurance Company of the State of Pennsylvania ("ICSOP"), as well as issues regarding production of documents by DeNova Homes, Inc. ("DeNova").

I.  Certain Underwriters v. ICSOP

The Court commends Certain Underwriters and ICSOP for reaching a settlement.  The Court now ORDERS that **by no later than December 21, 2006,** the parties file a Stipulation for Dismissal of the action encompassing all claims and counterclaims involving these two parties.

II.     **DeNova and Subcontractors**

In his letter of November 27, 2006, Mr. Adler confirmed that he had received documents from DeNova, but stated that the documents produced thus far were <u>incomplete</u> and <u>insufficient</u> to resolve the remaining claims involving the subcontractors.[1]  Specifically, Mr. Adler stated that the documents do "not satisfy Underwriters' concerns — in terms of traceable accounting records — regarding Underwriters' payment of about $283,000 to DeNova and to which parties it went." *See* November 27, 2006, Letter from E. Adler to the Honorable Wayne D. Brazil, p. 2.  Accordingly, the Court now ORDERS that:

1.     **By no later than Wednesday, January 10, 2007,** DeNova must complete its document production to Certain Underwriters by producing all documents DeNova is required to produce under the Federal Rules of Civil Procedure; and

2.     Following production by DeNova of further documents, and **by no later than Friday, February 9, 2007,** Mr. Adler must file a writing which updates the Court on the status of the disputes with subcontractors.

IT IS SO ORDERED.

Dated:   November 29, 2006

*/s/ Wayne D. Brazil*
_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies:  parties, SBA, WDB, stats

---

[1]  Mr. Adler also explained that the DeNova documents were *insufficient* to resolve the issues with ICSOP, but that ICSOP and Certain Underwriters reached their settlement "without regard to the documents provided by DeNova."  *See* November 27, 2006, Letter from E. Adler to the Honorable Wayne D. Brazil, p. 1.