1  KEVIN G. McCURDY (SBN 115083)
   GINA M. GUILEY (SBN 226719)
2  McCURDY & FULLER LLP
   1080 Marsh Road, Suite 110
3  Menlo Park, California 94025
   Telephone:  (650) 618-3500
4  Facsimile:  (650) 618-3599
   E-mail: kevin.mccurdy@mccurdylawyers.com
5  E-mail: gina.guiley@mccurdylawyers.com

6  Attorneys for Defendant
   INSURANCE COMPANY OF THE STATE OF
7  PENNSYLVANIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | Case No.  C 05-2377 SBA *(Consolidated with Case No. C 05-4114)* |
| Plaintiff<br>v.<br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br>Defendant. | **STIPULATION OF DISMISSAL** |
| DENOVA HOMES INC. a California Corporation,<br>Cross-claimant,<br>v.<br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and DOES 1 through 15, inclusive,<br>Defendants. | |
| AND RELATED CROSS-ACTION. | |

Plaintiff Certain Underwriters at Lloyd's London ("Underwriters") and Defendant

20251                              -1-
**STIPULATION OF DISMISSAL**

Insurance Company of the State of Pennsylvania ("ICSOP") have reached a settlement in this action. Pursuant to the terms of the settlement agreement, Underwriters and ICSOP, through their undersigned counsel, stipulate this action shall be dismissed with prejudice in its entirety, with each of Underwriters and ICSOP to bear its own costs and fees.

Dated: December ___, 2006                                              ADLER LAW GROUP

 

_____
ERWIN E. ADLER
Attorneys for Plaintiff
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON

Dated: December ___, 2006                                              McCURDY & FULLER LLP

 

  /s/  Kevin G. McCurdy
KEVIN G. McCURDY
Attorneys for Defendant
INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

    IT IS SO ORDERED.

Dated: January 8, 2007

_____
UNITED STATES DISTRICT
COURT JUDGE

20251                                                     -2-
**STIPULATION OF DISMISSAL**