KEVIN G. McCURDY (SBN 115083)
GINA M. GUILEY (SBN 226719)
McCURDY & FULLER LLP
1080 Marsh Road, Suite 110
Menlo Park, California 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: gina.guiley@mccurdylawyers.com

Attorneys for Defendant
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON<br><br>Plaintiff<br>v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br><br>Defendant. | Case No.  C 05-2377 SBA<br>*(Consolidated with Case No. C 05-4114)*<br><br>**STIPULATION OF DISMISSAL** |
| DENOVA HOMES INC. a California Corporation,<br><br>Cross-claimant,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and DOES 1 through 15, inclusive,<br><br>Defendants. | |
| AND RELATED CROSS-ACTION. | |

Plaintiff Certain Underwriters at Lloyd's London ("Underwriters") and Defendant

Insurance Company of the State of Pennsylvania ("ICSOP") have reached a settlement in this action. Pursuant to the terms of the settlement agreement, Underwriters and ICSOP, through their undersigned counsel, stipulate this action shall be dismissed with prejudice in its entirety, with each of Underwriters and ICSOP to bear its own costs and fees.

Dated: December ___, 2006                                     ADLER LAW GROUP

                                                              _____
                                                              ERWIN E. ADLER
                                                              Attorneys for Plaintiff
                                                              CERTAIN UNDERWRITERS AT
                                                              LLOYD'S, LONDON

Dated: December ___, 2006                                     McCURDY & FULLER LLP

                                                              __/s/  Kevin G. McCurdy_____
                                                              KEVIN G. McCURDY
                                                              Attorneys for Defendant
                                                              INSURANCE COMPANY OF THE
                                                              STATE OF PENNSYLVANIA

   IT IS SO ORDERED.

Dated:  January 8, 2007
                                                              _Saundra B Armstrong_____
                                                              UNITED STATES DISTRICT
                                                              COURT JUDGE

20251                                    -2-
**STIPULATION OF DISMISSAL**