```
 1
 2                           UNITED STATES DISTRICT COURT
 3                          NORTHERN DISTRICT OF CALIFORNIA
 4
     CERTAIN UNDERWRITERS AT        )     No. C05-02377 SBA
 5   LLOYD'S, LONDON,               )
                   Plaintiff,       )     ORDER DISMISSING ACTION
 6                                  )
          vs.                       )
 7                                  )
      INSURANCE COMPANY OF THE      )
 8   STATE OF PENNSYLVANIA, THE,    )
                                    )
 9                 Defendant.       )
10   _____
11
12          The Court having been notified of the settlement of
13   this action, and it appearing that no issue remains for the
14   Court's determination,
15          IT IS HEREBY ORDERED THAT this action and all claims
16   asserted herein are DISMISSED with prejudice.  In the event
17   that the settlement is not reached, any party may move to
18   reopen the case and the trial will be rescheduled, provided
19   that such motion is filed within 120 days of this order.  All
20   scheduled dates, including the trial and pretrial dates, are
21   VACATED.
22          IT IS SO ORDERED.
23   DATED:5/4/07
                              _____
24                                  /s/ Saundra B Armstrong
                                   SAUNDRA BROWN ARMSTRONG
25                                 United States District Judge
26
27
28
```